IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT ELMORE, JEREMY CHRISTOPHER,
TED DIBIASE, JR., NICHOLAS COUGHLIN,
DOFFLIN, LLC DOING BUSINESS AS DOFFLIN
MEDIA GROUP, DOFFLIN MANAGEMENT, LLC,
AND DOFFLIN STRATEGIES                                                                  PLAINTIFFS

V.                                                      CIVIL ACTION NO. 3:16-CV-296 HSO-JCG

LYLE HOWRY, RICHARD CRAIG MANLEY,
INDIVIDUALLY, AND ANDRE GORDON,
INDIVIDUALLY AND AS OWNERS OF ACRE
BEYOND THE RYE, LLC; SKINFLY ENTERTAINMENT;
LYLE HOWRY, INDIVIDUALLY, AND AS
OWNER OF SKINFLY ENTERTAINMENT;
CHRIS DOTSON, INDIVIDUALLY, AND AS
THE MANAGER OF CINEVIEW 3D STUDIOS, LLC;
AND JOHN DOES 1-1                                                                       DEFENDANTS

*consolidated with*

ROBERT ELMORE, et al.                                                                   PLAINTIFFS

v.                                                      CIVIL ACTION NO. 3:17-cv-173-TSL-LRA

LYLE HOWRY, et al.                                                                      DEFENDANTS

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41**

COME NOW the parties, Robert Elmore, Jeremy Christopher, Ted Dibiase, Jr., Nicholas Coughlin, Dofflin, LLC doing business as Dofflin Media Group, Dofflin Management, LLC, and Dofflin Strategies, being all Plaintiffs herein, and Lyle Howry, Andre Gordon, and Acre Beyond The Rye, LLC, being all Defendants appearing herein and hereby file their joint stipulation dismissing all claims filed by said Plaintiffs against the appearing Defendants, said dismissal

being pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The claims against Defendant Acre Beyond the Rye, LLC shall be and are hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

Further, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby file their voluntary dismissal, without prejudice, of all claims filed against Defendants Lyle Howry and Andre Gordon and all remaining Defendants who have not been served or otherwise appeared in these combined proceedings.

Respectfully submitted, this the 31st day of August, 2018.

        Robert Elmore; Jeremy Christopher; Ted Dibiase, Jr.; Nicholas Coughlin; Dofflin, LLC, Dofflin Management, LLC, And Dofflin Strategies, Plaintiffs

        By: /s/ Ben Wilson
            Ben Wilson (MSB#103586)

Graham P. Carner, Esq.
GRAHAM.P. CARNER, PLLC
775 N. Congress Street
Jackson, MS  39202

Rocky Wilkins, Esq.
MORGAN & MORGAN, P.A.
4450 Old Canton Road, Suite 200
Jackson, MS  39211

Ben Wilson, Esq.
MORGAN & MORGAN, P.A.
4450 Old Canton Road, Suite 200
Jackson, MS  39211

ATTORNEYS FOR PLAINTIFFS

        Lyle Howry, Andre Gordon, Acre Beyond The Rye, LLC
        By:  /s/ James C. Simpson, Jr.
            James C. Simpson, Jr. (MSB# 6810),

James C. Simpson, Esq.
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone:  (228) 867-7141
Facsimile:  (228) 867-7142
jcs@wisecarter.com

ATTORNEY FOR DEFENDANTS